FILED MAR - 6 2002

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

**JUDGMENT IN CIVIL CASE**
**CASE NO.: 4:01-cv-10226**

METROBANK, National Association,
WELLS FARGO BANK IOWA, N.A.,
BANK OF AMERICA, N.A.,
FIRSTAR BANK, N.A., and
U.S. BANK, N.A.,

Plaintiffs

v

HOLMES FOSTER, in his official capacity as Superintendent of Banking and Administrator of Electronic Transfer of Funds, Iowa Division of Banking, Iowa Department of Commerce,

Defendant.

______ **JURY VERDICT .** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Judgment is entered for plaintiffs. Permanent injunction is entered enjoining enforcement of Iowa's ATM fee prohibition.

MAR - 6 2002
Date

Clerk

(By) Deputy Clerk

02-301-27